**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

ZACARIAS ANTONIO GARCIA, by and
through his next friend,
EMILY CHAFFIN

               Petitioner,

v.                                  CIVIL ACTION NO. 3:26-0333

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

               Respondents.

**ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF
PETITIONERS PENDING DISPOSITION OF PETITION**

Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), **IT**

**IS HEREBY ORDERED** that:

1. The Respondents **SHALL** file a written response to **SHOW CAUSE**, if any, as to why the

    Petition should not be granted, no later than tomorrow, Tuesday, May 12, 2026, at 5:00 PM.

    The response shall indicate whether Respondents have a good faith basis to assert that they

    will present arguments in this case that have not previously been considered and rejected

    by this Court and shall indicate the Respondents' position on the necessity for a hearing.

Petitioners shall have an opportunity to file a reply by Wednesday, May 13, 2026, at 5:00 PM.

2. This matter shall be heard by this Court on Friday, May 15, 2026, at 1:30 PM.

3. To the extent Respondents intend to assert that jurisdiction and/or venue in the Southern District of West Virginia is improper in this case, Respondents shall file any such objections within twenty-four hours of entry of this Order. Any objections shall indicate whether Respondents have a good faith basis to assert that they will present arguments pertaining to jurisdiction and/or venue that were not considered and rejected by this Court in *Linarez Vilchez v. Kluemper*, Case No. 3:26-cv-0261. Petitioner shall file any reply to any filed objections no later than twenty-four hours following Respondents' filing of the objections.

4. Petitioner shall not be removed or transferred to a location geographically further from the Southern District of West Virginia than where he is presently located pending further order of the Court, and Respondents shall **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN MONDAY, MAY 11, 2026,** afford Petitioner a reasonable opportunity to confidentially consult with counsel and shall take all necessary steps to facilitate such communication. Further, Respondents shall continue to afford Petitioner the opportunity to confidentially consult with counsel so long as he remains in custody, and shall facilitate future requests for phone calls by counsel within twenty-four (24) hours' of counsel's requests, or within four (4) business hours' of counsels' requests for calls specifically designated by counsel in good faith as urgent and time-sensitive.

5. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioner's property seized incident to detention is accounted for and that all such property can be

-3-

immediately made available to Petitioner in the event Petitioner is released. To the extent Petitioner's property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioner **at the time of his release** in the event Petitioner is released.

6. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by 1:00 P.M. on Monday, May 11, 2026, and shall constitute good and sufficient service on Respondents.

ENTER:   May 11, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE